1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

XIAO AO,

Petitioner,

v.

KRISTI NOEM, *et al.*,

Respondents.

Case No. 25-cv-03256-BAS-VET

**ORDER GRANTING IN PART AND DENYING IN PART PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

On July 21, 2025, an Immigration Judge ordered Petitioner removed from the United States but granted withholding of removal to China. (Petition ("Pet."), ECF No. 1.) Petitioner now argues there is no significant likelihood he will be removed in the reasonably foreseeable future and thus must be released pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.*) The Government files a Return in Opposition (ECF No. 5), and Petitioner files a Traverse (ECF No. 7). The Court **GRANTS IN PART** and **DENIES IN PART** the Petition.

*Zadvydas* establishes a presumption that six months is a reasonable time for the Government to remove an individual after the removal order is granted. 533 U.S. at 701. Although this Court agrees this rule is a rebuttable presumption, Petitioner fails to rebut

1   the presumption.  Hence, the Court finds his request for release is premature and **DENIES**

2   **WITHOUT PREJUDICE** the Petition to the extent it seeks release from custody.

3          However, Petitioner also seeks an order that the Government not remove him to a

4   third country without notice and an opportunity to be heard.  (Pet.)  The Government may

5   not remove an individual to a third country without such notice and an opportunity to

6   respond.  *Andriasian v. I.N.S.*, 180 F.3d 1033, 1041 (9th Cir. 1999).   Despite this

7   requirement, a June 6, 2025, Immigration and Customs Enforcement ("ICE") memo

8   indicates ICE need not give immigrants notice or a hearing before removal—provided the

9   State Department finds the third country has given credible assurances against persecution

10  and torture.  (Peti, Ex. B.)  Because the Court finds this memo is contrary to law, the Court

11  **GRANTS** the Petition to the extent it seeks notice and an opportunity to be heard before

12  removal to a third country.

13         For the reasons stated above, the Court **DENIES** the Petition **WITHOUT**

14  **PREJUDICE** to the extent it seeks immediate release.  If six months pass without any

15  likelihood of removal in the reasonably foreseeable future, Petitioner is free to refile the

16  Petition at that time.  The Court **GRANTS** the Petition to the extent it seeks an order that

17  he be given notice and an opportunity to be heard before removal to a third country.  The

18  Court **ORDERS:**

19         Respondents are **PROHIBITED** from removing Petitioner Xiao Ao without
20         providing Petitioner with notice of the country they plan to remove him to and
           an opportunity to be heard.
21

22  The Clerk of Court shall close the case.

23         **IT IS SO ORDERED.**

24

25  **DATED: December 9, 2025**

26                                                        **Hon. Cynthia Bashant, Chief Judge**
                                                          **United States District Court**
27

28

- 2 -

25cv3256